Stephen KELLY and Latricia Anderson,
Appellants,

v.

Carl HOCKER, Warden, Nevada State
Prison, Appellee.

No. 23777.

United States Court of Appeals,
Ninth Circuit.

June 17, 1970.

Rehearing Denied Aug. 5, 1970.

James D. Santini (argued), Las
Vegas, Nev., Stephen Kelly and Latricia
Anderson in pro. per. for appellants.

Neil Beller (argued), George E.
Franklin, Dist. Atty., Joseph Ward, U. S.
Atty., Las Vegas, Nev., Harvey Dicker-
son, Atty. Gen., Carson City, Nev., for
appellee.

Before ELY, CARTER and KIL-
KENNY, Circuit Judges.

PER CURIAM.

Appellants were tried and convicted
by a jury in the state court of Nevada
of the crime of robbery.[1] After exhaus-
tion of state remedies, appellants filed a
habeas corpus petition,[2] which was denied

after a hearing. They appeal. We
affirm.

Over appellants' objections, the state
trial court received in evidence a pistol
which was found in Kelly's automobile by
officers armed with a search warrant.
Here, as they did in the state court and
the federal district court, appellants
challenge the sufficiency of the affidavit
upon which the search warrant was
granted. A discussion of the facts would
add nothing to the validity of our deci-
sion. We have painstakingly examined
the challenged affidavit and hold that it
follows the guidelines and satisfies the
requirements articulated in Giordenello
v. United States, 357 U.S. 480, 78 S.Ct.
1245, 2 L.Ed.2d 1503 (1958); Aguilar v.
Texas, 378 U.S. 108, 84 S.Ct. 1509, 12
L.Ed.2d 723 (1964); United States v.
Ventresca, 380 U.S. 102, 85 S.Ct. 741, 13
L.Ed.2d 684 (1965) and Spinelli v.
United States, 393 U.S. 410, 89 S.Ct.
584, 21 L.Ed.2d 637 (1969).

Affirmed.

1. Kelly v. State, 84 Nev. 332, 440 P.2d 889
(1968).

2. 28 U.S.C. § 2241 et seq.